UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 22-1632, 22-1633, 22-1634 & 22-1635 (Cons.)

_____

JENN-CHING LUO,
Appellant

v.

OWEN J. ROBERTS SCHOOL DISTRICT; GEOFFREY BALL;
CATHY A. SKIDMORE; KERI KOLBAY; SHARON W. MONTANYE

_____

JENN-CHING LUO,
Appellant

v.

OWEN J. ROBERTS SCHOOL DISTRICT; GEOFFREY BALL;
SHARON W. MONTANYE; SWEET STEVENS KATZ WILLIAMS LLP;
THE PENNSYLVANIA DEPARTMENT OF EDUCATION

_____

JENN-CHING LUO,
Appellant

v.

OWEN J. ROBERTS SCHOOL DISTRICT;
THE PENNSYLVANIA DEPARTMENT OF EDUCATION

_____

JENN-CHING LUO,
Appellant

v.

OWEN J. ROBERTS SCHOOL DISTRICT; SHARON W. MONTANYE;
SWEET STEVENS KATZ WILLIAMS LLP; JAMES GERL;
THE PENNSYLVANIA DEPARTMENT OF EDUCATION

(E.D. Pa. Nos. 2:14-cv-06354,
2:16-cv-06568, 2:17-cv-01508; 2:21-cv-01098)

_____

SUR PETITION FOR REHEARING

_____

Present: JORDAN, CHUNG, and NYGAARD, *Circuit Judges*.


The petition for rehearing filed by appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby ORDERED that the petition for rehearing by the panel is granted. The Court's judgment and not precedential opinion, both entered June 15, 2023, are hereby VACATED.[*] A subsequent opinion and judgment will be issued.

BY THE COURT,

s/ Cindy K. Chung
Circuit Judge

Date: July 20, 2023
SLC/cc: Jenn-Ching Luo
Counsel of Record

_____

[*]As the merits panel has vacated the prior opinion and judgment, action is not required by the en banc court.